UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: __Alberto Enriquez__   JOINT DEBTOR: _____ CASE NO.: 11-12564-AJC
Last Four Digits of SS# __7660__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ __262.32__ for months __1__ to __60__;
  B. $ _____ for months ____ to ____;
  C. $ _____ for months ____ to ____; in order to pay the following creditors:

<u>Administrative:</u>   Attorney's Fee - $ __4,250.00 +175.00 Costs__   TOTAL PAID $ __1,200.00__
            Balance Due  $ __3,225.00__ payable $__215.00__/month (Months __1__ to __15__)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____      Arrearage on Petition Date  $_____
Address: _____    Arrears Payment   $____/month (Months ___ to ___)
_____         Regular Payment   $____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bac Home Loans Servicing (2nd Mtg) Acct # xxxxx6745 | Homestead property located at 10526 SW 148 Ave Dr Miami, FL 33196 $170,000.00 | 0 % | $0.00 | __1__ To __60__ | 0.00 |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
           Payable $_____/month (Months____ to ____)

<u>Unsecured Creditors:</u> Pay $__21.09__ month (Months __1__ to __15__), $__236.09__ month (Months __16__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Aurora Loan Services (1st Mtg) and Hammocks Community Association are current and being paid outside the Chapter 13 Plan. Bank of America (2nd Mtg) is being stripped off through the Chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date: __01/21/11__

LF-31 (rev. 01/08/10)